

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00202-CR

| | | |
|---|---|---|
| BRANDON WILLIAMS, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | of Tarrant County (1781183) |
| V. | § | October 23, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
        Justice Wade Birdwell